UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK E. BLACKSHIRE,

          Plaintiff,

       v.

WACKENHUT CORP.,

          Defendant.

No.  2:12-cv-02568-MCE-GGH-PS

**ORDER**

      Plaintiff's Motion to Reopen this case is DENIED.  Any future filings will be summarily disregarded.

      IT IS SO ORDERED.

Dated:  June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1